**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WALKER MUELLER,<br><br>    Plaintiff<br><br>v.<br><br>PANASONIC CORPORATION OF NORTH AMERICA, and JOHN DOES,<br><br>    Defendants | Case No.: 3:24-cv-00176-ART-CSD<br><br>**Order** |

    Plaintiff has filed a civil complaint, but it was not accompanied by the $405 filing fee or an application to proceed *in forma pauperis* (IFP).

    The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis*. The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

    The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner. Plaintiff has **30 days** from the date of this Order to either pay the $405 filing fee or file his completed IFP application. If Plaintiff files his completed IFP application, the court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. If Plaintiff pays the filing fee, he will proceed with service of the summons and complaint on the defendant.

If Plaintiff fails to timely file a completed IFP application or pay the filing fee, the court will recommend dismissal of this action without prejudice.

**IT IS SO ORDERED**.

Dated: April 24, 2024

_____
Craig S. Denney
United States Magistrate Judge