UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| WALKER MUELLER, | Case No. 3:24-cv-176-ART-CSD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| PANASONIC CORPORATION OF AMERICA, | |
| Defendant. | |

Plaintiff Walker Mueller sued Panasonic Corporation of North America for injuries resulting from an allegedly defective Panasonic battery. Plaintiff filed their complaint on May 30, 2024, and has not provided a summons or notice of service upon Defendant or any other proceeding on the record.

Federal Rules of Civil Procedure 4(m) states, in part, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). More than 90 days have passed since Plaintiff filed their complaint.

Accordingly, the Court orders Plaintiff to file proof of service of process that accords with the requirements of the Federal Rules of Civil Procedure by Wednesday, November 27, 2024. If Plaintiff does not file proof of service by then, the Court will dismiss the complaint without prejudice.

DATED THIS 6th day of November 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1