UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WALKER MUELLER,<br>　　　　　　　　　Plaintiff,<br>　v.<br>PANASONIC CORPORATION OF NORTH AMERICA,<br>　　　　　　　　　Defendant. | Case No. 3:24-cv-00176-ART-CSD<br><br>ORDER |

　　　The Complaint in this action was filed on May 30, 2024 (ECF No. 6). The Court entered an order cautioning that the complaint may be dismissed without prejudiced under Fed. R. Civ. P. 4(m) unless proof of service is filed by November 27, 2024. (ECF No. 7). To date, no such proof of service has been filed. Accordingly, it is therefore ordered that the claims against Panasonic Corporation of North America are dismissed without prejudice.

　　　The Clerk of Court is directed to close this case accordingly.

　　　DATED this 10th day of June 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Anne R. Traum
　　　　　　　　　　　　　　　　　　　United States District Court Judge

1